**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

| | |
|---|---|
| DARIN L. MATKOSKEY, | : No. 65 WM 2017 |
| Petitioner | : |
| | : |
| v. | : |
| | : |
| DOUGLAS W. HERMAN, DOMESTIC RELATIONS SECTION, | : |
| Respondent | : |

## <u>ORDER</u>

**PER CURIAM**

    **AND NOW**, this 26th day of October, 2017, the Application for Leave to File Original Process is GRANTED, and the Application for Writ of Mandamus to Compel Writ of Prohibition is DENIED.